## Robert H. Holmes, Appellant, v. Florence Garrett Holmes, Appellee.

Term No. 49F7.

opinion filed May 9, 1949; released for publication June 9, 1949. Rumsey & Dennis, for appellant; Clarence Kammermann, for appellee; Clarence Kammermann and Hugh E. Johnson, of counsel. Opinion by JUSTICE BARDENS. **Not to be published in full.**